UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

TORBEN SORENSEN,

Debtor.

Bankruptcy Case No. 25-11962 KHT

Chapter 13

### ORDER VACATING AND RESETTING HEARING

THIS MATTER comes before the Court on Debtor's Confirmation Status Report filed August 27, 2025. The Court reviewed the file and being advised,

IT IS ORDERED that the hearing set for Wednesday, September 3, 2025, at 1:30 p.m. is VACATED and RESCHEDULED to **Wednesday, October 22, 2025, at 1:30 p.m.** Parties shall appear by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.

IT IS FURTHER ORDERED that the Debtor shall file a Corrected Amended Plan or on or before **September 17, 2025**. The Debtor shall file a Confirmation Status Report or Verification of Confirmed Plan on or before **October 15, 2025.**

DATED this 28th day of August, 2025

BY THE COURT:

*[signature]*

Kimberley H. Tyson
United States Bankruptcy Judge